Douglas A. Winthrop (No. 183532)
douglas.winthrop@arnoldporter.com
Nina Leviten (No. 351970)
nina.leviten@arnoldporter.com
ARNOLD & PORTER KAYE SCHOLER LLP
Three Embarcadero Center, 10th Floor
San Francisco, CA 94111-4024
Telephone:    415-471-3100
Facsimile:    415-571-3400

Alex Beroukhim (No. 220722)
alex.beroukhim@arnoldporter.com
ARNOLD & PORTER KAYE SCHOLER LLP
777 South Figueroa Street, 44th Floor
Los Angeles, CA 90017-5844
Telephone:    213-243-4000
Facsimile:    213-243-4199

Attorneys for Defendant
FLOCK GROUP INC.

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| LANCE DUTCHER, individually and on behalf of all other persons similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>FLOCK GROUP INC., d/b/a FLOCK SAFETY, and DOES 1 through 100, inclusive,<br><br>Defendants. | Case No. 2:26-cv-03041<br><br>**NOTICE OF INTERESTED PARTIES**<br><br>**Civil L.R. 7.1-1** |

1

Pursuant to Federal Rule of Civil Procedure 7.1(a) and Civil L.R. 7.1-1, Defendant Flock Group Inc. ("Flock") submits the following Notice of Interested Entities or Persons. The undersigned, counsel of record for Flock, certifies that following listed parties may have a pecuniary interest in the outcome of this case. These representations are made to enable the Court to evaluate possible disqualification or recusal.

## INTERESTED PARTIES

1.  Defendant Flock Group Inc.; and

2.  Plaintiff Lance Dutcher.

Flock is a privately held company, and thus, no parent corporation or publicly held corporation currently owns ten (10) percent or more of the stock of Flock.

Should there be any change in the information provided, Flock will update and revise this statement accordingly.

Dated:        March 20, 2026    ARNOLD & PORTER KAYE SCHOLER LLP


*/s/ Douglas A. Winthrop*
Douglas A. Winthrop
Alex Beroukhim
Nina Leviten

*Attorneys for Defendant Flock Group Inc., d/b/a*
*Flock Safety*

2
NOTICE OF INTERESTED PARTIES

## PROOF OF SERVICE

1.    I am over eighteen years of age and not a party to this action.  I am employed in the County of Los Angeles, State of California.  My business address is 777 South Figueroa Street, Forty-Fourth Floor, Los Angeles, California  90017-5844.

2.    On **March 20, 2026**, I served the following document(s):

**NOTICE OF INTERESTED PARTIES**

3.    I served the document(s) on the following person(s):
**Philip L. Fraietta**
**Julia K. Venditti**
**BURSOR & FISHER, P.A.**
**50 Main Street, Suite 475**
**White Plains, NY 10606**
**Telephone: (914) 874-0708**
**pfraietta@bursor.com**
**jvenditti@bursor.com**

4.    The documents were served by the following means:

☒    **By U.S. Mail**.  I enclosed the document(s) in a sealed envelope or package addressed to the person(s) at the address(es) in Item 3 and **(check one)**:

☐      deposited the sealed envelope with the United States Postal Service, with the postage fully prepaid.

☒      placed the envelope for collection and mailing, following our ordinary business practices.  I am readily familiar with this business' practice for collecting and processing correspondence for mailing.  On the same day the correspondence is placed for collection and mailing, it is deposited in the ordinary course of business with the United States Postal Service, in a sealed envelope with postage fully prepaid.

I am employed in the county where the mailing occurred.  The envelope or package was placed in the mail at Los Angeles, California.

☐    **By Overnight Delivery/Express Mail**.  I enclosed the documents and an unsigned copy of this declaration in a sealed envelope or package designated by **[name of delivery company or U.S. Postal Service for Express Mail]** addressed to the persons at the address(es) listed in Item 3, with **[Express Mail postage or, if not Express Mail, delivery fees]** prepaid or provided for.  I placed the sealed envelope or package for collection and delivery, following our ordinary business practices.  I am readily familiar with this business' practice for collecting and processing correspondence for express delivery.  On the same day the correspondence is collected for delivery, it is placed for collection in the ordinary course of business in a box regularly maintained by

- 1 -

PROOF OF SERVICE

**[name of delivery company or U.S. Postal Service for Express Mail]** or delivered to a courier or driver authorized by **[name of delivery company]** to receive documents.

☐ **By Messenger Service**.  I served the documents by placing them in an envelope or package addressed to the persons at the address(es) listed in Item 3 and providing them to a professional messenger service for service.  (*See* attached Declaration(s) of Messenger.)

☒ **By Electronic Service (E-mail)**.  Based on California Rule of Court 2.251(c)(3), or on a court order, or on an agreement of the parties to accept service by electronic transmission, I transmitted the document(s) to the person(s) at the electronic notification address(es) listed in Item 3 on **March 20, 2026**.

☐ **Via Court Notice of Electronic Filing**.  The document(s) will be served by the court via NEF and hyperlink to the document(s).  On **March 20, 2026**, I checked the CM/ECF docket for this case or adversary proceeding and determined that the person(s) listed in Item 3 are on the Electronic Mail Notice List to receive NEF transmission at the email addresses indicated in Item 3 **[or on the attached service list, if applicable]**.

☐ **STATE**:  I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

☒ **FEDERAL**:  I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

Dated:  **March 20, 2026**.                Signature: _____

Type or Print Name: Victoria Sanchez
E-Service Address:
Victoria.Sanchez@arnoldporter.com

- 2 -
PROOF OF SERVICE